
FILED
SEP 11 2014
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| MICHAEL JEFFREY ANDERSON,<br><br>               Petitioner,<br><br>vs.<br><br>JAMES BRILZ, et al.,<br><br>               Respondents. | CV-13-84-BLG-SEH<br><br>ORDER |

On August 18, 2014, Magistrate Judge Carolyn S. Ostby issued her Findings and Recommendation directed to Petitioner's application for a writ of habeus corpus under 28 U.S.C. § 2254.[1] Objections were filed by Petitioner on September 2, 2014.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b).

---

[1] (Doc. 18.)

[2] (Doc. 19.)

-1-

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

1. The Petition[3] is DISMISSED WITH PREJUDICE as time-barred.

2. The Clerk of Court is directed to enter by separate document judgment in favor of Respondents and against Petitioner.

3. A certificate of appealability is DENIED. Anderson's claims do not appear to be substantial and the procedural ruling is not subject to dispute.

DATED this 11th day of September, 2014.

*Sam G Haddon*
SAM E. HADDON
United States District Judge

---

[3] (Doc. 1.)